M.D. Appeal Dkt.
53   2017

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 262 MAL 2017

                    :

           Respondent      :

                    :   Petition for Allowance of Appeal from

                    :   the Order of the Superior Court

           v.            :

                    :

                    :

MICHAEL NORTON,            :

                    :

           Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**.  The issue presented by Petitioner and rephrased for clarity is:

Whether a defendant's assertion of innocence based on the sufficiency of the evidence and his inability to reconcile entering a plea when *he* maintained his innocence well before the time of his sentencing and when the Commonwealth made no argument of prejudice, is sufficient to establish a fair and just reason for withdrawing his plea of nolo contendere?